Pro Se 14 (Rev. 10/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

FILED
2019 OCT 29 A 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

Bobby J. Campbell
_____
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Jefferson Dunn, Leon Bolding, Deshundra Johnson, Grant Culiver, Coordinator Ellington, LT. Polk, unknown officers et.al
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Amended

Case No.: 2:18-cv-01732-MHH JEO
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Bobby J. Campbell -02384-122

All other names by which you have been known: FCI Butner

ID Number:

Current Institution:

Address: _____ _____ _____
City    State    Zip Code

### B. The Defendant

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Jefferson Dunn

Job or Title *(if known)*: Commissioner

Shield Number:

Employer: Alabama Department of Corrections

Address: _____ _____ _____
City    State    Zip Code

☐ Individual Capacity    ☐ Official Capacity

Defendant No. 2

Name: Leon Bolding

Job or Title *(if known)*: Warden

Shield Number:

Employer: ADOC

Address: _____ _____ _____
City    State    Zip Code

☐ Individual Capacity    ☐ Official Capacity

Page 2 of 14

Defendant No. 3

Name _Deslunda Johnson_

Job or Title (if known) _Prea Coordinator W.E. Donaldson C.F._

Shield Number _____

Employer _ADOC_

Address _____

| City | State | Zip Code |

☐ Individual Capacity   ☐ Official Capacity

Defendant No. 4

Name _Grant Culver_

Job or Title (if known) _FMR. Operations Commisiner_

Shield Number _____

Employer _ADOC_

Address _____

| City | State | Zip Code |

Unsure what capacity they were in ?  ☐ Individual Capacity  ? ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐   Federal officials (a *Bivens* claim)

   ☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)*: Currently removed from state custody and placed under FBOP custody.

## IV. State of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

They occured Inside an Institution

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In Donaldson C.F. from April 17 to October 17

C. What date and approximate time did the events giving rise to your claim(s) occur?

Approximate Date at this time Is unsure. See original Claim filed

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was Beaten, starved, tortured & Sexually assaulted. (See Attached)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Yes Severe stomach Injuries & Head Injuries (See Attached)

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1—Millions→ 1,000,000 Dollars for actual Damages. I've Received scars from surgerys sustained from these Injuries that I'll never get any

1-millions→ 1,000,000 In punitive Damages I've been Diagnosed with PTSD, Acute Anxiety and other mental health disorders that I'll suffer from for life and never get over and will never be able to work again in my life

Ever agains.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

No Grievance procedure is Available in Ara

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Don't know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Don't know

If yes, which claims(s)?

_____

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No   Is no Grievance I notified Staff

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No   no grievance I notified staff

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   no appeal exist I
   notified the warden, I & I
   ADOC legal, PREA Compliance
   officer, ECT.

   _____

   _____

   _____

   _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
   There isnt one

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
   Leon Bolding, IfI Topp Hawke, Lt. Shepard, Deshundra Williams, Johnson, Hotline, ADOC legal (see attached)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies:
   All Info Is In original claim please see that claim

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☒ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.
This Court but this is said suite so was reopened

_____
_____
_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐    Yes

☑    No

B.    If your answer to "A" is "Yes," describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*:

   _____

3. Docket or index number:

   _____

4. Name of Judge assigned to your case:

   _____

5. Approximate date of filing lawsuit:

   _____

6. Is the case still pending?

   ☐    Yes

   ☐    No

   If no, give the approximate date of disposition: _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

IX.    **Certification and Closing**

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

Page **9** of **14**

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Bobby J. Campbell
Prison Identification Number: 02384-122
Prison Address: Federal Medical Center
P.O. Box 1600
Butner          NC          27509
City            State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 21st Day of October 2019        Bobby J. Campbell
                                            Signature of Plaintiff

Amended Complaint
Continued.

Bobby J. Campbell
Plaintiff.
Vs-
Jefferson Dunn Commissioner
Leon Bolding - Warden - Donaldson
Jeshundra Johnson - Prea Coordinator Donaldson
Grant Culliver - Former Operations Commissioner
Institutional Coordinator Mr. Ellington
LT. Polk - Donaldson C.F. ADOC
Unknown or unidentified officers
unidentified officials ADOC.
Defendants

The above referenced Individuals are Defendants, and at this time the Plaintiff is unsure what capacity they are being sued, but it is his intention to make sure they are responsible Monitarily for the Damamages they are responsible for.

At this time the Plaintiff has been moved due to his current medical condition from FCI Butner I to Federal Medical Center Butner where he is In Patient following 3 major surgeries 1 to his head and Jaw and 2 to his abdominal area. Since last corresponding with the Court he has had several Seizures Diagnosed from Brain trauma and is unable to eat any food and is fed via a Tube.

I am an ICP and am writing what Mr. Campbell says. Due to his current condition

pg2

and inability to go to a law library, and his inability to provide Documents that he cant get to right now that indicates certain dates, and other Evidentiary Documents Plaintiff request that an attorney be appointed by this court due to its likelyhood to win especially since ADOC officials admitted that he was beaten, tortured, starved, and sexualy assaulted as retalitory measures prior to the FBI and DOJ transfering him to FBOP custody so that he be protected.

The Plaintiff is also not sure what Jurisdiction other than the one he chose on the 1983 form.

On the next page is the Plaintiff's claims as best he remembers them he does suffer some memmory problem due to head trauma he suffered at the hands of ADOC staff.

Please see original 1983 filed requesting Injuntive relief. While he was transfered away from Harms way by the FBI and DOJ that claim contains Injury Reports exact Dates an In Camera review by this court and I&I Investigator files. ECT. That will be needed in this proceeding

Please see the contents of that claim and adopt Evidentiary matter as Evidentury matter for this proceeding because Plaintiff cant currently access them.

Pg 3

## Claim

Plaintiff Claims that from 2009 to 2012 Plaintiff served as an Informant for The ADOC I&I Division which led to officers being arrested inmates being arrested an convicted which gave the Plaintiff a very large enemy list including but not limited to officers and inmates

The Plaintiff will focus this claim from May 17 to October 2017 where he suffered cruel and unusual punishment, excessive use of force, torture, sexual assault and more. While exact dates, times ect may not be able to be given right now, in the event an attorney is appointed to the Plaintiff said attorney will be able to contact Plaintiffs FBI Handler and I&I officials and more specifics can me provided to this Court.

If this cant be done Plaintiff prays that this Court will do new in camera reviews of Documents from May 2017 to date from I&I and the FBI Agent Susan Hanson of the Dothan Feild office.

The Plaintiff will attempt to show as follows how ADOC operations Grant Culuver knowing of the Plaintiffs enemy issue placed the Plaintiff at Donaldson C.F. with known enemies officers and inmates, and how the Plaintiff ended up where he is now.

In Feb 2017 Plaintiff was placed in population at St. Clair. Correctional facility by ADOC classification because no enemies were present there. At the end of Feb. 2017 by order of operations

pg4

Commissioner Grant Culver Plaintiff was transferred from St. Clair to Lock up at Donaldson Correctional Facility where Plaintiff had several Enemies ADOC Staff and Inmates.

Warden Leon Bolding who was Deputy Warden at Kilby during the time Inmate Campbell assisted FdI on several Issues and upon arrival Warden Bolding let it be known that Inmate Campbell was a Rat.

A Lt Cameron who was a SGT a Bibb County C.F. where Plaintiff Assisted FdI In busting a C/O and almost got then SGT Cameron caught in said wrongdoings.

and Gangsters John Patton AKA Tha Red, Eddie Rowe, James McConico, Eastside Scottie and more.

John Patton had a Sister who was a SGT prior to my arrival there and was Involved In a multi million Dollar Scam with Plaintiff and her brother where Inmates were basically kidnapped and forced to scam businesses out of Gift Cards ECT. Mr. Patton is Alabamas leading Ranking memeber of the Folk Gang GD'S

At this Time I will Bypass the Assaults and Sexual Assaults from Feb and march of 2017 but these Assaults were made known to FdI And Operations

Plaintiff was late at night and early In the mornings on at lease (2) Two Dates

pg 5

In may 2017 while in a Single Cell Plaintiff was rushed by Correctional staff beaten and handcuffed by staff was allowed to be Sexually assaulted by Inmates at the order of John Patton, Eddie Rowe and others. Due to Investigation of this In Conjunction with a Grand Jury Session on a Correctional staff Plaintiff was moved from the custody of ADOC to The Custody of the Autauga Co. Jail. Plaintiff was held here until Approximately July 28 The Date his First 1983 Claim was Dismissed for Plaintiffs failure to reply where he was Automatically Transferred back to the Donaldson Correctional Facility.

Immediately upon his placement back at Donaldson the Plaintiff was Placed in a Stripped Cell where he was not fed and constantly assaulted sexually assaulted, Tortured and beaten by staff memembers and Inmates who was allowed Into my Cell.

Several Reports were made to ADOC sexual assault Hotline Please order Transcripts from Inmate # 204483 from May 2017 to october 2017. These Assaults were made to the warden, The Prea Coordinator who Constantly Ignored Them and Informed staff to Ignore Them. This was Deshundra Johnson Lt. The Prea Hotline Even notified her and she Ignored Them.

On a Date Plaintiff is not sure of a ADOC Legal staff J. Stewart Came to my Cell

pg 6

Escorted by a Lt. Thrasher, he ask that we be able to speak In private During This Time I Reported that I was being beaten and Sexually assaulted and he stated he would Report this to IdI Director.

Later In July Institutional Coordinator Ellington came by my Cell I Reported The Assaults and sexual assaults to him where he noted Info on his Cell Phone and Promised to Report it to IdI Director.

I reported this to Lt Polk he took me to mental health Told Them that Lt Johnson Instructed him to Ignore me They Placed me on mental health watch but Stripped me naked with no mat no clothes, no sucide Smock or anything and made me stay in That Cell Freezing naked for days and Did not help me.

mental health made Several notes and referred me to Pica for urgent Intervention which was Ignored Please Please order all mental Health Records from Aba from May 2017 to October 2017.

These Assaults, sexual Assaults Continued it is my belief That They would have killed me. Warden Bolding Continued to Deny that any assaults were happening but on at least 2 ocasions Plaintiff was taken to The Rape Response Crisis Center In Birmingham. Please order those Records.

Also on one Assault Plaintiff was hospitalized in July or August nevertheless the last time Plaintiff was at Brookwood Hospital in Birmingham Alabama a Broken peice of a wooden stick was removed from Plaintiffs Anus During an Colonospy please order Those records.

Prea Coordinator Lt. Johnson stated on several ocasions That I Shouldnt be There and That She reported said Assaults To I&I Director which Turns out to be wrong - She Just Ignored said Assaults. order Investigation reports If There even is any.

I wrote letters to the I&I Director, The Commissioner, The rape Crisis Center and ADOC legal begging for help. I Even Wrote This Court begging for help. I reported that They rebroke my Jaw no help, nothing by lies by ADOC staff. I talked to I&I Lt Lena Sheperd and She stated that Grant Culliver knew What was Going on but said he wasnt moving me anywhere.

Thankfully, In October 2017 The USDOJ Civil Rights Division and The FBI summoned me to Montgomery to be Interviewed, and once All This Was Reported Which was recorded please order an In Camera of This Interview The DOJ and FBI Immediatly Interviend The ADOC. Admitted That These Assaults were happening and That Operations was blocking Them from Moving me. The Commissioners office for health

pg 8

Removed from FBOP custody and had me placed under WITSEC at FCI Butner I in North Carolina. This move in itself shows something major was happening to me. Not 1 other inmate has ever had such intervention by the Federal Govt. Dr. David Tytell, Former Head of Mental Health was present during interviews and a vital part of this process please order his testimony so that an attorney can be appointed to assist me.

Upon arriving at Butner medical staff had me emergently transferred to Duke University Hospital where I was treated for severe malnutrition where I was starved I had to have immediate surgery where my lungs collapsed, was having severe anxiety, seizures, and had a broken jaw face plate where I was stomped. Those X-rays were supplied to this court with Drs report. Since then that plate was surgically removed leaving several other plates. Another stomach surgery and currently am fed by a tube all from the trauma inflicted while in ADX custody, which can be confirmed by the FBI and DOJ.

Please order all FBOP mental Health records from my arrival to date and this court will see that I have severe PTSD, severe anxiety disorder as well as other illnesses and I will never be able to work or even be around alot of people for the rest of my life.

Pg 9

Relief Sought.

I am Suing The Defendants In what ever capacity makes Them liable monitarily for the Damages.

I am Suing for (1)ne million Dollars for actual Damages, and (1) one million Dollars for Punitive Damage and mental Suffering, for a total of (2) Two million Dollars.

This Money is for The pain from the Plate In my Head The Brain Injuries and Fact I'll never be able to work and Socialize around Crowds due to health and mental health illnesses.

I also ask That The Defendants also be make liable for all Medical cost associated to Injuries During said assaults for life.

In Closing I would ask That This Court talk at least To the FBI, DOJ, ADoc mental health and order an In Camera review of the October Interview with FBI, ADOC, or Tutwell, and us DOJ Where ADOC states That These assaults were taking place and operations Culvery Denied any help.

I request That Due to my current health condition and restrictions that want allow me to go to law library That an attorney be appointed and instructed to authorize a conference call with me here at FMC so That

pg 10

Info, and Evidence that supports my claim can be gotten and properly turned over to this court. Plaintiff plainly states that this is not just standard Day to Day operations of prison officials. The FBI and DOJ Dont Just interfere in Day to Day operations which DOC Legal usually try to use to Escape liability. Please help.

Please notify clerk that my address changed to Bobby Campbell - 02384-122
Federal medical Center
P.O. Box 1600 (see Envelope)
Butner, NC  27509

I affirm that the foregoing written by me + the assistance of an Inmate Companion ICP care giver stated word by word of myself is true and correct to the best of my knowledge.

Done this 21st Day of October 2019

Bobby J. Campbell
Bobby J. Campbell
Reg # 02384-122
FMC
P.O. Box 1600
Butner, NC  27509