UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY J. CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-01732-MHH-JHE |
| JEFFERSON DUNN, et al., | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Bobby J. Campbell filed a *pro se* amended complaint pursuant to 42 U.S.C. § 1983 for violations of his civil rights. (Doc. 11).[1] On August 28, 2023, the magistrate judge entered a report recommending the defendants' motion for summary judgment be granted in part and denied in part as follows: (1) the defendants' motion for summary judgment be granted on Mr. Campbell's Eighth Amendment failure to protect claims against them in their official capacities for monetary damages; (2) the defendants' motion for summary judgment be granted on Mr. Campbell's Eighth Amendment failure to protect claims against defendants Dunn, Culliver, and Pope in their individual capacities; and (3) the defendants' motion for summary judgment be denied on Mr. Campbell's Eighth Amendment failure to protect claims against defendants Ellington, Bolling, and Johnson in their

---

[1] The Court later appointed counsel to represent Campbell. (Docs. 59, 60).

individual capacities. (Doc. 91). The magistrate judge advised the parties of their right to file specific written objections within 14 days, (Doc. 91); to date, the Court has not received objections.

After consideration of the record in this case and the magistrate judge's report, the Court adopts the report and accepts the recommendation. Consistent with that recommendation, the Court grants the defendants' motion for summary judgment on Mr. Campbell's Eighth Amendment failure to protect claim against the defendants in their official capacities for monetary damages and on Mr. Campbell's failure to protect claims against defendants Dunn, Culliver, and Pope in their individual capacities. The Court denies the defendants' motion with respect to Mr. Campbell's Eighth Amendment failure to protect claim against defendants Ellington, Bolling, and Johnson in their individual capacities.

The Court refers Mr. Campbell's Eighth Amendment failure to protect claims against defendants Ellington, Bolling, and Johnson to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this September 13, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE