UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY J. CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-01732-MHH-JHE |
| JEFFERSON DUNN, et al., | ) |
| Defendants. | ) |

**ORDER**

The parties are **ORDERED** to enter an election regarding the exercise of dispositive jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c) no later than **November 22, 2023**.

To the extent possible, **the parties are encouraged to use the magistrate judge consent form on the CM/ECF system to elect or decline the exercise of magistrate judge jurisdiction**. Unlike in the past, a party can now complete the consent form electronically and submit it through the Court's CM/ECF filing system at the following web address: http://ecf.alnd.uscourts.gov. If a party submits the form electronically, the form will be delivered directly to the Clerk of Court. It will not be filed on the docket sheet, and no judge will have access to the form. Alternatively, a party may print the form **or use the attached form**, complete it manually, and submit it to the Clerk's Office.

You may decline magistrate judge jurisdiction without adverse consequences. The identity of any party who consents to or decline magistrate judge jurisdiction will remain unknown to the undersigned unless consent is unanimous. The undersigned will only learn of a party's election to consent where all parties have consented. In the event fewer than all of the parties elect to consent, the Clerk will not inform the undersigned of the identity of the non-consenting party/parties. If all

2

parties consent, a magistrate judge will exercise full and final dispositive jurisdiction, and all appeals will lie directly with the appropriate United States Court of Appeals.

The Clerk is **DIRECTED** to send the parties a copy of this order and a blank magistrate judge jurisdiction consent form.

DONE this 15th day of November, 2023.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE